```
                   UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF MISSISSIPPI
                         NORTHERN DIVISION
```

CHRISTOPHER L. BROWN                                      PETITIONER

VS.                               CIVIL ACTION NO. 3:22CV269TSL-RPM

DAVID L. MCQUEEN, ET AL.                                 RESPONDENTS

<u>ORDER</u>

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Robert P. Myers, and the court, having fully reviewed the report and recommendation entered in this cause on February 26, 2024 and being duly advised in the premises and there being no objection filed by petitioner, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Robert P. Myers entered on March 7, 2024, be, and the same is hereby adopted as the finding of this court.  It follows that the § 2241 petition is denied.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 1st day of April, 2024.


                            <u>/s/ Tom S. Lee</u>
                            UNITED STATES DISTRICT JUDGE